REBECCA J. BERTRAM  
BERTRAM LAW OFFICE, L.L.C.  
56 Fayette Street  
Bridgeton, New Jersey 08302  
(856)455-6000  
RB-9055  
Attorney for City of Bridgeton

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN THE MATTER OF: | ) IN BANKRUPTCY |
| LASHAWN L. WILLIS | ) CHAPTER 13 |
| | ) CASE NO. 18-12192/ABA |
| Debtor | ) |

NOTICE OF APPEARANCE UNDER BANKRUPTCY RULE 9010(b)  
AND REQUEST FOR NOTICES UNDER BANKRUPTCY RULE 2002

Kindly enter our appearance on behalf of the City of Bridgeton, and serve the undersigned with a copy of all notices and papers in any or all the above-captioned Chapter 13 proceeding, including notices specified under Bankruptcy Rule 2002, at the address given above.

Dated: March 21, 2018

/s/ Rebecca J. Bertram  
REBECCA J. BERTRAM, ESQUIRE  
Attorney for City of Bridgeton