UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DENISE CARLON, ESQUIRE
KML LAW GROUP, PC
Sentry Office Plz
216 Haddon Ave.
Suite 406
Westmont, NJ 08018
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
MidFirst Bank

In Re:

Lashawn Willis,

Debtor.

Case No.: __18-12192-ABA__

Chapter: __13__

Hearing Date: __6/13/2018__

Judge: __Altenbur__

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled      ☐ Withdrawn

Matter: Objection to Confirmation (Docket # 11)

_____

Date: 6/12/2018

/s/ Denise Carlon
Signature

*rev.8/1/15*