**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| In Re:<br>Lashawn L Willis | Case No.: 18-12192 |
|---|---|
| | Hearing Date: |
| | Chapter: 13 |
| | Judge: Altenburg |

## NOTICE OF HEARING

You are hereby notified of a hearing before the Honorable  Andrew B. Altenburg, Jr.  , United States Bankruptcy Judge.

**Reason for Hearing:**  Objection to Trustee's Certification of Default

**Location of Hearing:**  Courtroom No. 4B
Mitchell H. Cohen U.S. Courthouse
400 Cooper Street 4th Floor
Camden, NJ

**Date and Time:**  APRIL 12, 2019 @ 9:00 AM , or as soon thereafter as counsel may be heard.

**COURT APPEARANCES:**  ☒ ARE REQUIRED    ☐ ARE NOT REQUIRED

DATE: 2/28/19

JEANNE A. NAUGHTON, Clerk

By: /s/Birdena Drayton
Deputy Clerk

### CERTIFICATE OF MAILING

I HEREBY CERTIFY that on  February 28 , 20 19  this notice was served on the following: Debtor, Debtor's Attorney, Trustee

JEANNE A. NAUGHTON, Clerk

By: /s/Birdena Drayton
Deputy Clerk

*rev.1/4/17*

United States Bankruptcy Court
District of New Jersey

In re:                                                                              Case No. 18-12192-ABA
Lashawn L Willis                                                                    Chapter 13
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 1               Date Rcvd: Feb 28, 2019
                              Form ID: pdf900          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 02, 2019.
db             +Lashawn L Willis,    11 Glen Drive,    Bridgeton, NJ 08302-2706

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 02, 2019                                     Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 28, 2019 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    MidFirst Bank dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Linda S. Fossi    on behalf of Creditor    US Bank Cus PC7 Firstrust Bank lfossi@zeitzlawfirm.com,
               gzeitz@zeitzlawfirm.com;cdillon@zeitzlawfirm.com;rzeitz@zeitzlawfirm.com
              Rebecca Ann Solarz    on behalf of Creditor    MidFirst Bank rsolarz@kmllawgroup.com
              Rebecca J. Bertram    on behalf of Creditor    City of Bridgeton rebeccajbertram@gmail.com
              Seymour  Wasserstrum    on behalf of Debtor Lashawn L Willis mylawyer7@aol.com,  ecf@seymourlaw.net
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                               TOTAL: 8