Printed on: 12/31/2022  
ISABEL C. BALBOA [*ICB-99001-00*]

Page 1 of 2

# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
Case Number: 18-12192 (ABA)

Lashawn L. Willis  
11 Glen Drive  
Bridgeton, NJ  08302

Monthly Payment: $1,070.00  
Payments / Month: 1  
Current Trustee Comp.: 9.60%

**For the period of 01/01/2022 to 12/31/2022**
**The following are receipts posted in this case within the above dates:**

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 01/03/2022 | $713.00 | 03/02/2022 | $713.00 | 04/04/2022 | $713.00 | 05/02/2022 | $713.00 |
| 06/06/2022 | $1,426.00 | 08/01/2022 | $713.00 | 09/06/2022 | $1,073.00 | 10/03/2022 | $1,070.00 |
| 12/02/2022 | $1,070.00 | | | | | | |

**The following are the creditors who are set up to be paid through this plan:**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | LASHAWN L. WILLIS | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | SEYMOUR WASSERSTRUM, ESQUIRE | 13 | $2,960.00 | $2,960.00 | $0.00 | $0.00 |
| 0 | SEYMOUR WASSERSTRUM, ESQUIRE | 13 | $400.00 | $400.00 | $0.00 | $0.00 |
| 1 | AMERICAN EXPRESS | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2 | ATLANTIC CITY ELECTRIC COMPANY | 33 | $19,072.46 | $2,010.49 | $17,061.97 | $247.76 |
| 3 | CAPITAL ONE BANK USA, N.A. | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 4 | MIDLAND FUNDING, LLC | 33 | $1,233.16 | $129.99 | $1,103.17 | $16.02 |
| 5 | JPMORGAN CHASE BANK, N.A. | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 6 | CITY OF BRIDGETON | 24 | $504.92 | $504.92 | $0.00 | $133.49 |
| 7 | QUANTUM3 GROUP, LLC | 33 | $759.18 | $80.03 | $679.15 | $9.86 |
| 8 | QUANTUM3 GROUP, LLC | 33 | $640.86 | $67.55 | $573.31 | $8.33 |
| 9 | COMENITYCAPITALBANK/ULTA | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 10 | U.S. DEPARTMENT OF EDUCATION | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 11 | DEPARTMENT OF THE TREASURY | 28 | $2,853.48 | $2,853.48 | $0.00 | $2,853.48 |
| 12 | DEPARTMENT OF THE TREASURY | 28 | $0.00 | $0.00 | $0.00 | $0.00 |
| 13 | QUANTUM3 GROUP, LLC | 33 | $337.99 | $35.63 | $302.36 | $4.39 |
| 14 | MIDFIRST BANK | 24 | $14,470.69 | $14,470.69 | $0.00 | $3,933.49 |
| 15 | OFFICE OF ATTORNEY GENERAL | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 16 | STATE OF NEW JERSEY | 28 | $0.00 | $0.00 | $0.00 | $0.00 |
| 17 | SYNERGETIC COMMUNICATION INC. | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 18 | OFFICE OF THE U.S. TRUSTEE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 19 | USAA SAVINGS BANK | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 20 | QUANTUM3 GROUP, LLC | 33 | $288.61 | $30.43 | $258.18 | $3.75 |
| 21 | ISABEL C. BALBOA (CREDITOR) | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 22 | SEYMOUR WASSERSTRUM | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 23 | U.S. DEPARTMENT OF EDUCATION | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 24 | U.S. DEPARTMENT OF EDUCATION | 33 | $46,214.53 | $4,871.61 | $41,342.92 | $600.36 |
| 25 | U.S. BANK CUST PC7 FIRSTRUST BANK | 24 | $0.00 | $0.00 | $0.00 | $0.00 |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 26 | MIDLAND FUNDING, LLC | 33 | $1,591.74 | $167.79 | $1,423.95 | $20.67 |
| 27 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $543.86 | $57.33 | $486.53 | $7.06 |
| 28 | MIDFIRST BANK | 13 | $531.00 | $531.00 | $0.00 | $0.00 |

**Case Steps**

| Start Date | No. Months | Payment |
|---|---|---|
| 03/01/2018 | 54.00 | $0.00 |
| 09/01/2022 | Paid to Date | $30,702.50 |
| 10/01/2022 | 5.00 | $1,070.00 |
| 03/01/2023 | Projected end of plan | |

| | |
|---|---|
| Total payments received this period: | $8,204.00 |
| Total paid to creditors this period: | $7,838.66 |
| Undistributed Funds on Hand: | $977.98 |
| Arrearages: | $1,070.00 |
| Attorney: | SEYMOUR WASSERSTRUM, ESQUIRE |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**