Form ntcfncurv − testntcfncurv27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 18−12192−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Lashawn L Willis
11 Glen Drive
Bridgeton, NJ 08302

Social Security No.:
xxx−xx−0831

Employer's Tax I.D. No.:

## NOTICE OF RECEIPT OF RESPONSE TO NOTICE OF FINAL CURE PAYMENT

TO: Lashawn L Willis
Debtor(s)

You are hereby notified that a Response to Notice of Final Cure Payment has been filed. Under Fed. R. Bankr. P. 3002.1(h), if you disagree with the creditor's response, a motion must be filed to determine whether the debtor has cured the default and paid post−petition amounts.

Dated: March 28, 2023
JAN: dmb

Jeanne Naughton, Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                                                      Case No. 18-12192-ABA
Lashawn L Willis                                                                                            Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1                   User: admin                   Page 1 of 2
Date Rcvd: Mar 28, 2023            Form ID: ntcfncur            Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**
+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 30, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Lashawn L Willis, 11 Glen Drive, Bridgeton, NJ 08302-2706 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 30, 2023            Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 28, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor MidFirst Bank dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Linda S. Fossi | on behalf of Creditor US Bank Cus PC7 Firstrust Bank lfossi@zeitzlawfirm.com gzeitz@zeitzlawfirm.com;cdillon@zeitzlawfirm.com;rzeitz@zeitzlawfirm.com |
| Rebecca J. Bertram | on behalf of Creditor City of Bridgeton rebeccajbertram@gmail.com |
| Seymour Wasserstrum | |

District/off: 0312-1 User: admin Page 2 of 2
Date Rcvd: Mar 28, 2023 Form ID: ntcfncur Total Noticed: 1

on behalf of Debtor Lashawn L Willis  mylawyer7@aol.com  ecf@seymourlaw.net;r47769@notify.bestcase.com

U.S. Trustee
   USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 7