Certificate Number: 15111-NJ-DE-037263965

Bankruptcy Case Number: 18-12192



15111-NJ-DE-037263965

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on March 15, 2023, at 2:52 o'clock PM EDT, Lashawn L Willis completed a course on personal financial management given by internet by BE Adviser, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the District of New Jersey.

Date:   March 15, 2023               By:     /s/Hasan Bilal for Ryan McDonough

                                     Name:   Ryan McDonough

                                     Title:  Executive Director of Education