**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Lashawn L Willis<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–0831<br>EIN   __–_____ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   ____<br>EIN   __–_____ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 18–12192–ABA | |

# Order of Discharge                                                                                                12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

   Lashawn L Willis

6/15/23                                                                                **By the court:**  Andrew B. Altenburg Jr.
                                                                                                                              United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:                                                                                          Case No. 18-12192-ABA
Lashawn L Willis                                                                                Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1 | User: admin | Page 1 of 3
Date Rcvd: Jun 15, 2023 | Form ID: 3180W | Total Noticed: 30

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 17, 2023:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| db | + | Lashawn L Willis, 11 Glen Drive, Bridgeton, NJ 08302-2706 |
| cr | + | City of Bridgeton, c/o Bertram Law Office, L.L.C., 56 Fayette Street, Bridgeton, NJ 08302-2425 |
| 517315201 | + | City Of Bridgeton, 181 East Commerce Street, Office Of Tax Collector, Bridgeton, NJ 08302-2623 |
| 517315206 | + | FEDLOAN Servicing, PO Box 60610, Harrisburg, PA 17106-0610 |
| 517315214 | | State Of New Jersey, P.O. Box 245, Dept Of Treasury-Division Of Taxation, Trenton, NJ 08695-0245 |
| 517421210 | | U S. Department of Education, c/o FedLoan Servicing, P. O. Box 69184, Harrisburg, PA 17106-9184 |
| 517412662 | + | US Bank Cus PC7 Firstrust Bank, Gary C. Zeitz, LLC, 1101 Laurel Oak Rd Ste 170, Voorhees, NJ 08043-4381 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- | --- |
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jun 15 2023 21:13:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jun 15 2023 21:13:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 517315196 | + | Email/PDF: bncnotices@becket-lee.com | Jun 15 2023 21:16:01 | American Express, PO Box 981537, El Paso, TX 79998-1537 |
| 517315197 | | Email/Text: bankruptcy@pepcoholdings.com | Jun 15 2023 21:12:00 | Atlantic City Electric Company, Pepco Holdings, Inc., Bankruptcy Division, Mail Stop 84CP42, 5 Collins Drive, Suite 2133, Carneys Point, NJ 08069-3600 |
| 517315198 | + | EDI: CAPITALONE.COM | Jun 16 2023 00:57:00 | Capital One, PO Box 30253, Salt Lake City, UT 84130-0253 |
| 517315199 | + | EDI: CAPITALONE.COM | Jun 16 2023 00:57:00 | Capital One Bank, P.O. Box 30281, Salt Lake City, UT 84130-0281 |
| 517315202 | | EDI: WFNNB.COM | Jun 16 2023 00:57:00 | Comenity Bank/Nwyrk&Co, PO Box 182789, Columbus, OH 43218-2789 |
| 517315203 | | EDI: WFNNB.COM | Jun 16 2023 00:57:00 | Comenity Bank/VCTRSSEC, PO Box 182789, Columbus, OH 43218-2789 |
| 517315205 | + | EDI: WFNNB.COM | Jun 16 2023 00:57:00 | ComenityCapitalBank/Ulta, PO Box 182120, Columbus, OH 43218-2120 |
| 517315211 | | EDI: IRS.COM | Jun 16 2023 00:57:00 | Internal Revenue Service, P.O. Box 744, Special Procedure Branch, Springfield, NJ 07081 |
| 517315200 | | EDI: JPMORGANCHASE | Jun 16 2023 00:57:00 | Chase/Bank One Card, P.O. Box 15298, Wilmington, DE 19850 |
| 517451361 | + | EDI: AISMIDFIRST | Jun 16 2023 00:57:00 | MidFirst Bank, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 517390708 | + | Email/Text: bankruptcydpt@mcmcg.com | | |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Jun 15 2023 21:12:00 | Midland Credit Management, Inc. as agent for, Asset Acceptance LLC, Po Box 2036, Warren MI 48090-2036 |
| 517416604 | + | Email/Text: bankruptcydpt@mcmcg.com | Jun 15 2023 21:12:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 517315212 | | EDI: AISMIDFIRST | Jun 16 2023 00:57:00 | Midland Mortgage, PO Box 26648, Oklahoma City, OK 73126-0648 |
| 517315213 | ^ | MEBN | Jun 15 2023 21:06:11 | Office Of Attorney General, 25 Market Street, PO Box 112, Richard J Hughes Justice Complex, Trenton, NJ 08625-0112 |
| 517445784 | | EDI: PRA.COM | Jun 16 2023 00:57:00 | Portfolio Recovery Associates, LLC, c/o GENERAL MOTORS, POB 41067, Norfolk VA 23541 |
| 517440362 | | EDI: Q3G.COM | Jun 16 2023 00:57:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 517440364 | | EDI: Q3G.COM | Jun 16 2023 00:57:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 517315215 | ^ | MEBN | Jun 15 2023 21:06:20 | Synergetic Communication Inc., 5450 NW Central #1000, C/O TD Bank, Houston, TX 77092-2016 |
| 519824811 | + | Email/Text: EBN@edfinancial.com | Jun 15 2023 21:12:00 | US Dept. of Education, 120 N. Seven Oaks Dr., Knoxville, TN 37922-2359 |
| 517315216 | + | EDI: USAA.COM | Jun 16 2023 00:57:00 | USAA Savings Bank, 10750 Mcdermott Fwy, San Antonio, TX 78288-1600 |
| 517315204 | + | EDI: WFNNB.COM | Jun 16 2023 00:57:00 | comenitycapitalbank/fore, PO Box 182120, Columbus, OH 43218-2120 |

TOTAL: 23

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 517315207 | *+ | FEDLOAN Servicing, PO Box 60610, Harrisburg, PA 17106-0610 |
| 517315208 | *+ | FEDLOAN Servicing, PO Box 60610, Harrisburg, PA 17106-0610 |
| 517315209 | *+ | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 517315210 | * | Internal Revenue Service, Po Box 725 Special Procedures Fuction, Springfield, NJ 07081 |

TOTAL: 0 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 17, 2023   Signature:   /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

| District/off: 0312-1 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jun 15, 2023 | Form ID: 3180W | Total Noticed: 30 |

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 15, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor MidFirst Bank dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Linda S. Fossi | on behalf of Creditor US Bank Cus PC7 Firstrust Bank lfossi@zeitzlawfirm.com gzeitz@zeitzlawfirm.com;cdillon@zeitzlawfirm.com;rzeitz@zeitzlawfirm.com |
| Rebecca J. Bertram | on behalf of Creditor City of Bridgeton rebeccajbertram@gmail.com |
| Seymour Wasserstrum | on behalf of Debtor Lashawn L Willis mylawyer7@aol.com  ecf@seymourlaw.net;r47769@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 7